**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-16-17-GF-BMM-01 |
| Plaintiff, | |
| vs. | |
| LOREN JAMES RIDER, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on May 7, 2018. (Doc. 124.) No party filed objections.

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on May 1, 2018. (Doc. 121.) The United States accused Rider of violating of the conditions of his supervised release by: (1) failing to live at the location approved by his probation officer; (2)

1

failing to participate in a substance abuse treatment program; and (3) failing to comply with the Violent Offender Registration Requirements. (Doc. 124 at 1.) Rider admitted to violation 2. *Id.* The United States dismissed violations 1 and 3. *Id.*

Judge Johnston has recommended that the Court revoke Rider's supervised release and commit Rider to the custody of the Bureau of Prisons for three months, followed by thirty-three months of supervised release. (Doc. 124 at 5.)

This violation proves serious and warrant revocation of Rider's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 124) is **ADOPTED IN FULL.**

**IT IS FURTHER ORDERED** that Defendant Loren Rider be sentenced to custody for three months, with thirty-three months of supervised release to follow.

DATED this 22nd day of May, 2018.

Brian Morris
United States District Court Judge

2