# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff**, vs. LOREN JAMES RIDER, **Defendant**. | CR-16-17-GF-BMM **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on December 7, 2018. (Doc. 144.) Neither party filed objections. The Court will review Judge Johnston's Findings and Recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on December 6, 2018. (Doc. 140.) The United States accused Defendant Loren James Rider of violating his conditions of supervised release by failing to: 1) report for substance abuse treatment; 2) report to his probation officer as directed; and 3) report for substance abuse testing. (Doc. 144 at 2.) Rider admitted to all three violations of his

1

supervised release. (Doc. 144 at 2.) The violations prove serious and warrant revocation of Rider's supervised release.

Judge Johnston recommended that the Court revoke Rider's supervised release and commit Rider to the custody of the Bureau of Prisons six months, followed by twenty-seven months of supervised release. (Doc. 144 at 3.) Judge Johnston recommended that the supervised release conditions previously imposed should be continued. (Doc. 144 at 3.)

The Court finds no clear error in Judge Johnston's Findings and Recommendations. Rider's violations represent a serious breach of the Court's trust. A custodial sentence of six months followed by twenty-seven months of supervised release is a sufficient, but not greater than necessary sentence.

IT IS ORDERED that Judge Johnston's Findings and Recommendations (Doc. 144) is ADOPTED IN FULL.

IT IS FURTHER ORDERED that Defendant Loren James Rider is committed to the custody of the United States Bureau of Prisons for a term of imprisonment of six months, with twenty-seven months of supervised release to follow.

DATED this 27th day of December, 2018.

/s/ Brian Morris
Brian Morris
United States District Court Judge