# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LOREN JAMES RIDER, <br><br> Defendant. | CR-16-17-GF-BMM <br><br><br> **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 5, 2019. (Doc. 163.) Rider waived his right to object to Judge Johnston's Findings and Recommendations. *Id*. at 3. The Government did not file objections. The Court will review Judge Johnston's Findings and Recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on June 5, 2019. (Doc. 160.) The United States accused Defendant Loren James Rider of violating his conditions of supervised release by: (1) failing to report for substance abuse treatment; and (2) consuming alcohol. (Doc. 163 at 2.) Rider admitted to both violations of his supervised release. *Id*.

1

Judge Johnston recommended that the Court revoke Rider's supervised release and commit Rider to the custody of the Bureau of Prisons six months, followed by twelve months of supervised release. *Id.* at 3. Judge Johnston recommended that Rider serve the first sixty days of his supervised release at Connections Corrections in Butte, Montana. *Id.* Judge Johnston further recommended that the supervised release conditions previously imposed should be continued. *Id.*

The Court finds no clear error in Judge Johnston's Findings and Recommendations. Rider's violations represent a serious breach of the Court's trust. A custodial sentence of six months followed by twelve months of supervised release, with the first sixty days of Rider's supervised release spent at Connections Corrections in Butte, Montana, is a sufficient, but not greater than necessary sentence.

IT IS ORDERED that Judge Johnston's Findings and Recommendations (Doc. 163) is ADOPTED IN FULL.

IT IS FURTHER ORDERED that Defendant Loren James Rider is committed to the custody of the United States Bureau of Prisons for a term of imprisonment of six months, with twelve months of supervised release to follow. Rider shall spend the first sixty days of his period of supervision at Connections Corrections in Butte, Montana.

DATED this 7th day of June, 2019.

_____
Brian Morris
United States District Court Judge